UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

JS-6

| | |
|---|---|
| Case No. **CV 21-3220-DMG (PVCx)** | Date May 27, 2021 |
| Title *Anthony Bouyer v. Universal Service Exchange, Inc. et al.* | Page 1 of 1 |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: (IN CHAMBERS) ORDER AND NOTICE TO ALL PARTIES**

In light of Plaintiff's notice of settlement, indicating that the case has settled in its entirety, this action is placed in inactive status. By July 14, 2021, the parties shall file either (1) a stipulation and proposed order for dismissal of the action or judgment, or (2) a motion to reopen if settlement has not been consummated. Upon the failure to timely comply with this Order, this action shall be deemed dismissed as of July 15, 2021.

This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action. The Order to Show Cause dated May 5, 2021 is discharged. [Doc. # 12.]

IT IS SO ORDERED.